IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION
LUFKIN DIVISION

| | | |
|---|---|---|
| JOHN RAIFORD, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| -VS- | § | CAUSE NO.: 9:26-CV649 |
| | § | |
| 21ST MORTGAGE CORPORATION, | § | |
| | § | |
| DEFENDANT. | § | |

**DEFENDANT 21ST MORTGAGE CORPORATION'S NOTICE OF REMOVAL**

NOW COMES Defendant 21st Mortgage Corporation ("21st Mortgage"), who, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes to this Court the action styled *John E. Raiford v. 21st Mortgage Corporation*, Cause No. 24975, pending in the 258th District Court of Trinity County, Texas (the "State-Court Action"). 21st Mortgage states as follows:

I. Removal of the State-Court Action

This Court has original jurisdiction under 28 U.S.C. § 1332(a) because the parties are completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs.

The State-Court Action is pending in Trinity County, Texas. Trinity County is within the Lufkin Division of the Eastern District of Texas. Accordingly, removal lies in this Court. See 28 U.S.C. §§ 124(c)(6), 1441(a).

II. Citizenship of the Parties

Plaintiff John E. Raiford is an individual domiciled in Trinity County, Texas, and is therefore a citizen of Texas.

Defendant 21st Mortgage is incorporated under the laws of Delaware and maintains its principal place of business in Tennessee. 21st Mortgage is therefore a citizen of Delaware and Tennessee, and not Texas. See 28 U.S.C. § 1332(c)(1).

Complete diversity exists because Plaintiff is a citizen of Texas, while 21st Mortgage is a citizen of Delaware and Tennessee.

III. Amount in Controversy

The amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff seeks to set aside the foreclosure-related judgment and writ of possession, prevent execution of the writ, and regain the right to possess and control the Trinity County real property that is the subject of the State-Court Action.

The loan documents reflected in the State-Court record identify an original principal balance of $75,101.04. Plaintiff's requested equitable relief directly places at issue the property and 21st Mortgage's foreclosure-derived rights in that property. The value of the object of this litigation therefore exceeds $75,000, exclusive of interest and costs.

IV. Procedural Background and Timeliness

Plaintiff filed the Petition for Bill of Review Including Request for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction in the 258th District Court of Trinity County, Texas, on August 14, 2026.

The Petition seeks to set aside the underlying judgment and resulting writs and to enjoin execution of the writ of possession.

The state court issued a temporary restraining order on August 14, 2026, and set a hearing on Plaintiff's application for temporary injunction for August 21, 2026, at 9:30 a.m.

This Notice is timely under 28 U.S.C. § 1446(b). 21st Mortgage Corporation has not been served. Defendant waives service for purposes of this Removal.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon 21st Mortgage in the State-Court Action are attached as Exhibit A.

Promptly after filing this Notice, 21st Mortgage will provide written notice to Plaintiff and file a copy of this Notice with the clerk of the 258th District Court of Trinity County, Texas, as required by 28 U.S.C. § 1446(d).

Respectfully submitted,

**UPTON, MICKITS & HEYMANN, L.L.P.**
802NC
802 N. Carancahua, Suite 450
Corpus Christi, Texas 78401
(361) 698-8214

By:__________________________________
Scott A. Seelhoff
sseelhoff@umhlaw.com
State Bar No.: 24035486

**ATTORNEYS FOR DEFENDANT**
**21ST MORTGAGE CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that on Thursday, August 20, 2026, a true and correct copy of the foregoing document was forwarded to the following counsel of record **VIA ELECTRONIC SERVICE:**



Scott A. Seelhoff